**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TYRUS E. EVERETT,

    *Plaintiff*,

vs.

RICHARD MARSHALL, *et al.*,

    *Defendants*.

2:12-cv-01783-RCJ-VCF

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete.  Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.  Plaintiff attached a financial certificate, but he did not attach a statement of his inmate trust account for the past six months.  He must attach both to submit a proper pauper application and properly commence a civil action.

It does not appear from review of the allegations presented that a dismissal without prejudice will result in a promptly filed and properly commenced action being time-barred. This improperly-commenced action therefore will be dismissed without prejudice.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint on the required form in a new action together with either a new pauper application with all required attachments or payment of the $350.00 filing fee.

1    The Clerk of Court shall send plaintiff a copy of the papers that he filed along with the
2 complaint and pauper forms and instructions for both forms.
3    The Clerk shall enter final judgment accordingly, dismissing this action without
4 prejudice.

DATED: October 18, 2012.

_____
ROBERT C. JONES
Chief United States District Judge